JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIC HOME DESIGN LLC. and OLIVIA MILLER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON ISSUING CERTIFICATE NO. B0180PC1702888, <br><br> Defendant. | CASE NO. 2:20-CV-08851-DSF(RAOx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL [FRCP 41(a)(2)]** <br><br> Judge: Hon. Dale S. Fischer <br><br><br> Trial Date: None <br> Action Filed: September 28, 2020 |

Having considered the Stipulation for Dismissal (Doc. #11) ("Stipulation") entered into by and between Plaintiffs CHIC HOME DESIGN LLC and OLIVIA MILLER, INC., (collectively "Plaintiffs") and Defendant THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON ISSUING CERTIFICATE NO. B0180PC1702888 ("Defendant") (each a "Party" and collectively, the "Parties"), the Court Orders that:

1. That the Stipulation (Doc. #11) is approved;
2. That the Subject Action is dismissed <u>without</u> prejudice pursuant to Fed. R. Civ. P. 41(a)(2);

///

3. That said Dismissal shall <u>not</u> constitute an adjudication on the merits and was done for purposes of attempting to resolve the action outside of litigation in order to avoid any unnecessary legal expenses and fees while preserving the Parties' rights; and

4. That nothing in the Stipulation or the said Dismissal shall prejudice, waive, or affect any rights or liabilities of the Parties, all of which are expressly reserved, including but not limited to Defendant's right to argue that venue in this Court is improper and the right to file a petition or complaint or initiate a legal proceeding in another judicial venue.

IT IS SO ORDERED.

DATED: October 28, 2020

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE